On No. 24-2341

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

FREEDOM MORTGAGE CORPORATION,
*Appellant*,

v.

LOANCARE LLC,
as successor to FNF Servicing, Inc. and
LoanCare, a division of FNF Servicing, Inc.,
*Appellee*.

Appeal from the U.S. District Court for the District of New Jersey
Case No. 1:16-cv-02569 — Hon. Renée M. Bumb

**Joint Motion for a Continuance of the
June 12, 2025 Oral Argument**

Pursuant to Federal Rule of Appellate Procedure 27(a), Appellant Freedom Mortgage Corporation and Appellee LoanCare, LLC (together, the "Parties") jointly move for a thirty-day continuance of the oral argument currently scheduled for June 12, 2025 (the "Oral Argument"), to allow the parties to finalize a global settlement.

The Parties have been in extended, good-faith settlement negotiations to reach a mutually agreeable resolution of this matter, including this appeal. Last evening, the Parties reached such a settlement in principle. A short, thirty-day continuance of the Oral Argument will afford the Parties the time necessary to memorialize and finalize their settlement. Good cause thus exists for the Parties' requested relief.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert M. Palumbos | /s/ Stuart H. Singer |
| Wayne A. Mack | Stuart H. Singer |
| Robert M. Palumbos | Evan M. Ezray |
| DUANE MORRIS LLP | BOIES SCHILLER FLEXNER |
| 30 South 17th Street | 401 E. Las Olas Boulevard |
| Philadelphia, PA 19103 | Suite 1200 |
| (215) 979-1000 | Fort Lauderdale, FL 3301 |
| | (954) 377-4237 |
| Brad D. Feldman | |
| DUANE MORRIS LLP | David R. Fine |
| 40 Lake Center Drive | K&L GATES LLP |
| 401 Route 73 North | 17 N. Second Street, 18th Floor |
| Suite 200 | Harrisburg, PA 17101 |
| Marlton, NJ 08053 | (717) 231-5820 |
| (856) 874-4293 | |
| | Robert J. Lack |
| *Counsel for Appellant* | Andrew M. Englander |
| *Freedom Mortgage Corporation* | FRIEDMAN KAPLAN SEILER |
| | ADELMAN & ROBBINS |
| | 7 Times Square |
| | New York, NY 10036 |
| | New York, NY 10036 |
| | (212) 833-1100 |
| | |
| | *Counsel for Appellee* |
| | *LoanCare, LLC* |

June 11, 2025

# CERTIFICATES OF COMPLIANCE

CERTIFICATE OF COMPLIANCE WITH RULE 27(d) AND CIRCUIT RULE 32.1

1. I certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27 because this document contains 108 words.

2. I certify that this motion complies with the formatting requirements of Federal Rule of Appellate Procedure 27(d) and Circuit Rule 32.1.

CERTIFICATE OF UNCONTESTED MOTION

Pursuant to Circuit Rule 27.3, I certify that this motion is uncontested.

/s/ Robert M. Palumbos  
Robert M. Palumbos  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA 19103  
(215) 979-1000  
rmpalumbos@duanemorris.com

June 11, 2025

DM1\16717672.1