On No. 24-2341

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

FREEDOM MORTGAGE CORPORATION,
*Appellant*,

v.

LOANCARE LLC,
as successor to FNF Servicing, Inc. and
LoanCare, a division of FNF Servicing, Inc.,
*Appellee*.

Appeal from the U.S. District Court for the District of New Jersey
Case No. 1:16-cv-02569 — Hon. Renée M. Bumb

**Joint Status Report**

Pursuant to the Court's text order entered on June 11, 2025, Appellant Freedom Mortgage Corporation and Appellee LoanCare, LLC (together, the "Parties") jointly submit this status report regarding the Parties' efforts to finalize a global settlement that would resolve, among other things, this appeal.

As the Parties reported to the Court on June 11, 2025, the Parties reached a settlement in principle on June 10, 2025. Since that time, the Parties have worked in good faith, making substantial progress in memorializing and finalizing their settlement. The Parties anticipate completing that process within the next week. Therefore, the Parties propose submitting a joint status report by July 18, 2025, in the event they have not finished finalizing their settlement by that date.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert M. Palumbos | /s/ Stuart H. Singer |
| Wayne A. Mack | Stuart H. Singer |
| Robert M. Palumbos | Evan M. Ezray |
| DUANE MORRIS LLP | BOIES SCHILLER FLEXNER |
| 30 South 17th Street | 401 E. Las Olas Boulevard |
| Philadelphia, PA 19103 | Suite 1200 |
| (215) 979-1000 | Fort Lauderdale, FL 33301 |
| | (954) 377-4237 |
| Brad D. Feldman | |
| DUANE MORRIS LLP | David R. Fine |
| 40 Lake Center Drive | K&L GATES LLP |
| 401 Route 73 North | 17 N. Second Street, 18th Floor |
| Suite 200 | Harrisburg, PA 17101 |
| Marlton, NJ 08053 | (717) 231-5820 |
| (856) 874-4293 | |
| | Robert J. Lack |
| | Andrew M. Englander |
| *Counsel for Appellant* | FRIEDMAN KAPLAN SEILER |
| *Freedom Mortgage Corporation* | ADELMAN & ROBBINS |
| | 7 Times Square |
| | New York, NY 10036 |
| | New York, NY 10036 |
| | (212) 833-1100 |
| | |
| | *Counsel for Appellee* |
| | *LoanCare, LLC* |

July 11, 2025

# CERTIFICATE OF COMPLIANCE WITH RULE 27(d) AND CIRCUIT RULE 32.1

I certify that this document complies with the formatting requirements of Federal Rule of Appellate Procedure 27(d) and Circuit Rule 32.1.

/s/ Robert M. Palumbos
Robert M. Palumbos
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000
rmpalumbos@duanemorris.com

June 11, 2025

DM1\16817579.1